IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

J.V., a minor, by K.V.,
his next friend, parent, and
natural guardian,

    Plaintiff,

v.                                    Case No. 3:16-cv-01009-MMH-MCR

DUVAL COUNTY SCHOOL BOARD;
DUVAL COUNTY SCHOOL DISTRICT;
CINDY ASHTON; STEPHANIE JONES;
and DURHAM SCHOOL SERVICES, L.P.,
a Delaware limited partnership,

    Defendants.

## NOTICE OF SETTLEMENT

Defendant, DURHAM SCHOOL SERVICES, L.P., pursuant to Rules 3.08(a) and 9.06(b) United States District Court Rules for the Middle District of Florida, advises the Court of its settlement of this case with Plaintiffs.

Dated: January __12__, 2018.

BOYD & JENERETTE, P.A.

**PETER P. SLEDZIK**
Florida Bar No. 0982740
201 North Hogan Street, Suite 400
Jacksonville, Florida 32202
904-353-6241 – Telephone
904-493-3744 – Facsimile
psledzik@boydjen.com
*Attorney for Defendant Durham School Services*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via CM/ECF, on this ___12___ day of January, 2018.

_____
ATTORNEY