**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

J.V., a minor, by K.V., his next friend,
parent, and natural guardian,

        Plaintiff,

v.                                       Case No.   3:16-cv-1009-J-34MCR

DUVAL COUNTY SCHOOL BOARD,
et al.,

        Defendants.

_____

## O R D E R

      **THIS CAUSE** is before the Court on the Notice of Settlement (Dkt. No. 65) and

Defendants Duval County School Board, Duval County School District, Ashton and Jones'

Notice of Settlement (Dkt. No. 66) (collectively "Notices") both filed on January 12, 2018.

In the Notices, Defendants advise the Court that the parties have reached a settlement in

this matter.   Accordingly, it is hereby

      **ORDERED:**

    1.     The parties shall have until **March 16, 2018**, to file a joint stipulation of

dismissal or other appropriate documents to close out this file.

    2.     If the parties have not filed settlement pleadings or a request for additional

time by the **March 16, 2018**, deadline, this case will automatically be deemed

to be dismissed without prejudice.

    3.     The final pretrial conference scheduled for September 17, 2018, is cancelled,

and this case is removed from the October 2018, trial term.

4.      The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of January, 2018.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record